## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Robert Fioravanti Jr. | | CHAPTER 7 |
| | Debtor(s) | |
| The Money Source Inc. | | |
| | Movant | NO. 20-10382 AMC |
| vs. | | |
| Robert Fioravanti Jr. | | |
| | Debtor(s) | 11 U.S.C. Section 362 |
| Bonnie B. Finkel | | |
| | Trustee | |

### <u>ORDER</u>

AND NOW, this          day of                  , 2020 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and 1301 (c) of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 8 Deep Dale Drive West, Levittown, PA 19056-1027("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: April 20, 2020**

_____
United States Bankruptcy Judge.

Robert Fioravanti Jr.
8 Deep Dale Drive West
Levittown, PA 19056-1027

DONALD WILLIFORD, ESQUIRE
114 Radcliffe Street, (VIA ECF)
Bristol, PA 19007

Bonnie B. Finkel
P.O. Box 1710 (VIA ECF)
Cherry Hill, NJ 08034

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532