United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert Fioravanti, Jr.  
    Debtor

Case No. 20-10382-amc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Lisa     Page 1 of 1     Date Rcvd: Apr 20, 2020  
Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2020.  
db            Robert Fioravanti, Jr.,    8 Deep Dale Drive West,    Levittown, PA  19056-1027  
cr            +Inspire Federal Credit Union,    3 Friends Lane,    Newton, PA 18940-3426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2020                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2020 at the address(es) listed below:  
          BONNIE B. FINKEL     finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net  
          DONALD    WILLIFORD    on behalf of Debtor Robert  Fioravanti, Jr. don.williford@comcast.net,  
        donwilliford@comcast.net;G4082@notify.cincompass.com  
          J. TODD BUCKLEY SAVARESE    on behalf of Creditor    Inspire Federal Credit Union  
        todd@savareselaw.com,    toddsav@verizon.net  
          REBECCA ANN SOLARZ    on behalf of Creditor    The Money Source Inc. bkgroup@kmllawgroup.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                              TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Robert Fioravanti Jr. | | CHAPTER 7 |
| Debtor(s) | | |
| The Money Source Inc. | Movant | NO. 20-10382 AMC |
| vs. | | |
| Robert Fioravanti Jr. | Debtor(s) | 11 U.S.C. Section 362 |
| Bonnie B. Finkel | Trustee | |

## ORDER

AND NOW, this      day of            , 2020 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and 1301 (c) of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 8 Deep Dale Drive West, Levittown, PA 19056-1027("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: April 20, 2020**

_____
United States Bankruptcy Judge.

Robert Fioravanti Jr.
8 Deep Dale Drive West
Levittown, PA 19056-1027

DONALD WILLIFORD, ESQUIRE
114 Radcliffe Street, (VIA ECF)
Bristol, PA 19007

Bonnie B. Finkel
P.O. Box 1710 (VIA ECF)
Cherry Hill, NJ 08034

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532