United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert Fioravanti, Jr.  
    Debtor

Case No. 20-10382-amc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Lisa     Page 1 of 1     Date Rcvd: Apr 27, 2020  
                        Form ID: 211     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2020.  
db          Robert Fioravanti, Jr.,    8 Deep Dale Drive West,    Levittown, PA  19056-1027  
cr         +Inspire Federal Credit Union,    3 Friends Lane,    Newton, PA 18940-3426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2020 at the address(es) listed below:  
         BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net  
         DONALD   WILLIFORD    on behalf of Debtor Robert  Fioravanti, Jr. don.williford@comcast.net,  
          donwilliford@comcast.net;G4082@notify.cincompass.com  
         J. TODD BUCKLEY SAVARESE    on behalf of Creditor    Inspire Federal Credit Union  
          todd@savareselaw.com,   toddsav@verizon.net  
         REBECCA ANN SOLARZ    on behalf of Creditor    The Money Source Inc. bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                         TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                                                      Chapter: 7

    Robert Fioravanti, Jr.

Debtor(s)                                                                                    Case No: 20−10382−amc

___

### *ORDER*

AND NOW, 4/27/20 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 5/11/20 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

                                                                                  For The Court

                                                                                  Ashely M. Chan

                                                                                  Judge ,United States Bankruptcy Court