Certificate Number: 02998-PAE-DE-034443179

Bankruptcy Case Number: 20-10382



02998-PAE-DE-034443179

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 11, 2020</u>, at <u>7:34</u> o'clock <u>PM EDT</u>, <u>Robert J Fioravanti, Jr.</u> completed a course on personal financial management given <u>by internet</u> by <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>May 11, 2020</u>     By:  <u>/s/Rori Schoen</u>

Name:  <u>Rori Schoen</u>

Title:  <u>Counselor</u>